UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
JEFFREY WARREN SPINNEY   )
                         )
        V.               )    CRIMINAL NO. 05-11796-DPW
                         )
UNITED STATES OF AMERICA )
```

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME**

The government hereby moves that the time within which it may respond to petitioner Jeffrey Warren Spinney's motion for relief from judgment be enlarged 30 days, so as to be due on or before October 28, 2005.  As grounds therefor, the undersigned Assistant U.S. Attorney states that since this Court's order to respond was received on September 8, 2005, he has been engaged almost exclusively on an expedited matter before the United States Court of Appeals for the First Circuit that will not be concluded until October 3, 2005. [In re: United States of America, Appeals No. 05-2358].  The additional time requested will permit the undersigned Assistant U.S. Attorney to provide the Court a meaningful response to petitioner's motion.

                                           Respectfully submitted,

                                           MICHAEL J. SULLIVAN
                                           United States Attorney

                              By:  /S/ Timothy Q. Feeley
                                  TIMOTHY Q. FEELEY
                                  Assistant U.S. Attorney

September 27, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the

person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Mr. Jeffrey W. Spinney
        Reg. No. 15468-018
        FCI-McKean
        P.O. Box 8000
        Bradford, PA 16701

This 27th day of September 2005.

        /S/ Timothy Q. Feeley
        TIMOTHY Q. FEELEY
        ASSISTANT UNITED STATES ATTORNEY