```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JEFFREY W. SPINNEY              )
                                )    CIVIL ACTION NO.
          v.                    )    05-11796-DPW
                                )
UNITED STATES OF AMERICA        )
```

### ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered November 4, 2005, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2255, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                        BY THE COURT,


                                        /s/ Michelle Rynne
                                        Deputy Clerk


DATED: November 4, 2005